**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MAY 3, 2016**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78675 | Alan Roettgen vs. Timberline Dairy Farms, Inc. and Kevin Lenz |
| WD78447 | American Family Mutual Insurance Company vs. KCE&L, LLC, et al |
| WD78754 | Don Beard vs. Missouri Board of Probation and Parole, et al |
| WD78965 | City of Sedalia, Missouri vs. Robert E. Dumsday and Bessie Dumsday |

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD78588 | State of Missouri vs. Dustin Gibson |